NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 20 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

YONG WANG,

            Petitioner,

  v.

WILLIAM P. BARR, Attorney General,

            Respondent.

No.   15-73816

Agency No. A099-900-892

MEMORANDUM*

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 16, 2019**
San Francisco, California

Before:  McKEOWN and GOULD, Circuit Judges, and LASNIK,*** District Judge.

Yong Wang, a native and citizen of the People's Republic of China,

petitions for review of the Board of Immigration Appeals' ("BIA") decision

affirming an Immigration Judge's ("IJ") denial, based on an adverse credibility

---

     *     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

     **     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

     ***     The Honorable Robert S. Lasnik, United States District Judge for the Western District of Washington, sitting by designation.

finding, of claims for asylum, withholding of removal, and relief under the Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252, and we review the agency's determination for substantial evidence. *See Shrestha v. Holder*, 590 F.3d 1034, 1039, 1041 (9th Cir. 2010). Because the parties are familiar with the facts, we do not recite them here. We deny the petition.

The BIA affirmed the IJ's adverse credibility finding based on Wang's demeanor and a forged letter, which purported to be from Wang's former pastor. Substantial evidence supports the BIA's determination. As to the letter, the pastor testified that he does not remember, nor do his detailed records suggest, that he wrote a letter attesting to Wang's church membership in September 2013. This testimony is consistent with the pastor's recollection that Wang left the church shortly after the pastor wrote a letter on his behalf in January 2013. The agency deemed the September letter a forgery, in which Wang simply changed the date on the January letter, and the pastor's testimony amply supports that finding.

The agency provided additional "specific cogent reason[s]" supporting the adverse credibility finding. *Garcia v. Holder*, 749 F.3d 785, 789 (9th Cir. 2014). Wang repeated himself in response to requests for further details regarding his detention, testified inconsistently when questioned about his religious activities in China following his detention, and answered vaguely and repetitively when asked

2

what happened at his Christian gatherings. This testimony, coupled with the

forged letter, support the adverse credibility finding and denial of Wang's petition.[1]

      **PETITION DENIED.**

---

[1] The BIA deemed waived any challenge to the denial of CAT relief. Even if Wang had preserved that issue, it too fails based on the adverse credibility finding because the record fails to show the elements of torture. *See* 8 C.F.R. § 1208.18.